**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Kerri Ruch, | Civil No. 08-5189 (RHK-FLN) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Gurstel, Staloch & Chargo, P.A. and "Frank," an individual, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation (Doc. No. 11), **IT IS ORDERED** that all claims of Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  March 18, 2009

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge